# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2023

June 12, 2023

Re:   *1:23-cv-02396-CM Sookul v. Hypno Comics & Games.*

Status Letter and Request for Adjournment of Conference

Dear Judge McMahon:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for June 15th, 2023. Plaintiff has not yet been in communication with the Defendant, and will seek a default judgment if they do not appear by the next conference date. Plaintiff proposes a new date of July 31, 2023, or a date more convenient to the Court. This is the first time this relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

MEMO ENDORSED

Conference adjourned to 8/3/2023 at 11:30 a.m.

Colleen McMahon
6/13/2023