# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2023

September 26, 2023

Re:   1:23-cv-02396-CM *Sookul v. Hypno Comics & Games.*

<u>Status Letter and Request for Adjournment of Conference</u>

**MEMO ENDORSED**

Dear Judge McMahon:

    Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference currently scheduled for September 28, 2023. Defendant has still not come into contact with our office since the Certificate of Default was issued on July 24th. As such, Plaintiff respectfully requests an adjournment of the initial pretrial conference *sin dine* to allow for the filing of a motion for Default Judgment within 30 days. This is the second time relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
*Attorney for Plaintiff*

*[Handwritten endorsement:]* Conference adjourned Sine die.
*/s/ Colleen McMahon*
9/27/2023